# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LINDA S. FROEHLICH**,

    Plaintiff,

    v.

**Case No. 18-CV-1441**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**

    Defendant.

## ORDER GRANTING STIPULATION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Based upon the parties' stipulation for remand pursuant to sentence four of U.S.C. § 405(g), dated March 21, 2019,

**IT IS ORDERED**:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon judicial remand, the Appeals Council will remand this matter to an administrative law judge with instructions to offer Plaintiff the opportunity for a new hearing; reevaluate the record; proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain additional vocational testimony; and issue a de novo decision.

Dated at Milwaukee, Wisconsin, this 25th day of March, 2019.

**BY THE COURT:**

*s/ David E. Jones*
DAVID E. JONES,
United States Magistrate Judge